# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

No. 1D2025-2075

——————————————————

GEORGE L. JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

——————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 15, 2026


PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel as impermissibly successive. *See* Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, WINOKUR, and NEFF, JJ., concur.

——————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————————

George L. Johnson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.